# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 13-10983
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

January 15, 2014

Lyle W. Cayce
Clerk

DONALD EUGENE HILL,

Plaintiff-Appellant

v.

WALGREENS COMPANY,

Defendant-Appellee

Appeals from the United States District Court
for the Northern District of Texas
USDC No. 3:13-CV-2788

Before REAVLEY, JONES, and PRADO, Circuit Judges.

PER CURIAM:*

Because no error is shown in the order of the district judge, it is affirmed.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.